# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. YARON BASSA DEFENDANT(S). | CASE NUMBER 2:25-mj-01645-DUTy ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _March 28,_ , _2025_ , at _9:00_  ☒a.m. / ☐p.m. before the Honorable _Stephanie S. Christensen_ , in Courtroom _790_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _March 25, 2025_

Hon. Stephanie S. Christensen
U.S. ~~District Judge~~/Magistrate Judge